**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kato HAINESWORTH, Defendant–Appellant.**

No. 01–6881.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 18, 2001.

Decided Oct. 16, 2001.

Kato Hainesworth, pro se. S. David Schiller, Office of the United States Attorney, Richmond, VA, for appellee.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Kato Hainesworth seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Hainesworth,* Nos. CR–98–30; CA–00–409–3 (E.D.Va. May 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*